DANIEL G. BOGDEN
United States Attorney
District of Nevada
Nevada Bar No. 2137
MARLA K. LETELLIER
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Tel: (415) 977-8928
Fax: (415) 744-0134
Email:  Marla.Letellier@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERE B. GOOCH-MARTIN,<br><br>        Plaintiff,<br><br>              v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 2:13-CV-01638-GMN-PAL |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**(First Request)**

COMES NOW Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through her counsel, Daniel G. Bogden, United States Attorney, and Marla K. Letellier, Special Assistant United States Attorney, to request that this Court extend the time to respond to Plaintiff's Motion for Reversal and/or Remand, which was filed on February 5, 2014.  This is Defendant's first request for an extension of time.  Counsel for Defendant contacted Plaintiff's counsel on March 4, 2014, and Plaintiff does not oppose Defendant's motion.  Defendants' current deadline is March 7, 2013.

The instant request is not intended to cause delay and is necessary because Defendant needs additional time to consider the issues involved in this case and because of the heavy workload of

Defendant's attorney assigned to this case.  Defendant's counsel has thirteen additional District Court briefs due during the month of March, including six briefs due within a week of the deadline in this case, in addition to other agency matters.  Additionally, counsel will be out of the office on March 7-10, 2014 and March 19-26.

It is therefore respectfully requested that Defendant be granted a forty-five (45) day extension of time to respond to Plaintiff's motion, up to and including April 21, 2014.

Dated:  March 4, 2014.

Respectfully submitted

DANIEL G. BOGDEN
United States Attorney

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant United States Attorney

OF COUNSEL:
DONNA L. CALVERT
Acting Regional Chief Counsel

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 7, 2014

2

## CERTIFICATE OF SERVICE

I, Marla K. Letellier, certify that the following individual(s) were served with a copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** on the date, and via the method of service, identified below:

**CM/ECF:**

Marc V. Kalagian
211 E. Ocean Blvd., Suite 420
Long Beach, CA 90802
Email: marc.kalagian@rksslaw.com

Gerald Welt
703 S. 8th Street
Las Vegas, NV 89101
Email: gmwesq@weltlaw.com

Dated this 4th day of March, 2014

*/s/ Marla K. Letellier*
MARLA K. LETELLIER
Assistant United States Attorney