# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Chere B. Gooch-Martin,<br><br>    Plaintiff,<br>vs.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-01638-GMN-PAL<br><br>**ORDER** |

  Pending before the Court is the Report and Recommendation of United States Magistrate Judge Peggy A. Leen, (ECF No. 23), which recommends that Plaintiff Chere B. Gooch-Martin's Motion to Remand (ECF No. 10) be **DENIED** and Defendant's Cross-Motion to Affirm (ECF No. 16) be **GRANTED**.

  A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1–4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3–2.  Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.*  The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3–2(b).  Where a party fails to object, however, the Court is not required to conduct "any review at all ... of any issue that is not the subject of an objection." *Thomas v. Arn,* 474 U.S. 140, 149 (1985).  Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g., United States v. Reyna–Tapia,* 328 F.3d 1114, 1122 (9th Cir. 2003).

  Here, no objections were filed, and the deadline to do so has passed.

  Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this Order.

**IT IS FURTHER ORDERED** that Plaintiff Chere B. Gooch-Martin's Motion to Remand (ECF No. 10) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion to Affirm (ECF No. 16) is **GRANTED**.

**DATED** this __23__ day of November, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge