UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHERE B. GOOCH-MARTIN, )<br> )<br>             Plaintiff, )<br>     vs. )<br> )<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br> )<br>             Defendant. )<br>_____ ) | Case No.: 2:13-cv-1638-GMN-PAL<br><br>**ORDER** |

Pending before the Court is the Motion for Judgment, (ECF No. 25), filed by Plaintiff Chere B. Gooch-Martin ("Plaintiff").  Defendant Carolyn W. Colvin ("Defendant") did not file a response, and the time to do so has now passed.  Magistrate Judge Peggy A. Leen's Report and Recommendation stated that she recommended the Clerk of Court to "enter judgment accordingly and close this case." (R. & R. 20:20–21, ECF No. 25).  Because the Court accepted and adopted the Report and Recommendation in its entirety, the Court finds that the Clerk of Court shall enter judgment according to the Report and Recommendation, (ECF No. 25), and the Court's Order adopting the Report, (ECF No. 24).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Judgment, (ECF No. 25), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment in accordance with the Order adopting the Report and Recommendation, (ECF No. 24).

**DATED** this __23__ day of March, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge